IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSE R. PADILLA,

    Plaintiff,

v.

DR. GARY MAIER,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-585-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____Peter Oppeneer_____      __11/7/12__
Peter Oppeneer, Clerk of Court            Date