IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE R. PADILLA,

    Plaintiff,

v.

DR. GARY MAIER,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-585-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____    11/7/12
Peter Oppeneer, Clerk of Court        Date